IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, #13965-052                                           PETITIONER

VERSUS                                        CIVIL ACTION NO. 5:09cv56-DCB-MTP

BRUCE PEARSON, Warden;
and ERIC HOLDER, Attorney General                                 RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice and as to the conditions of confinement claims without prejudice so that the petitioner may pursue those claims in the proper manner.

SO ORDERED AND ADJUDGED, this the ___14th___ day of May, 2009.


                                                          s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE